**Order entered April 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00013-CR**

**LEON BARNES III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. M20-22544-L**

**ORDER**

On April 1, 2022, appellant provided written verification that he mailed payment for the reporter's record on March 4, 2022. In light of this, we **GRANT** court reporter Viviana Figueroa's February 25, 2022 request for additional time and **ORDER** the reporter's record in this appeal filed by May 2, 2022.

/s/    ERIN A. NOWELL
        JUSTICE